**Eduar Isael RAMIREZ RICARDO, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 06–70419.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 20, 2007 *.

Filed Feb. 26, 2007.

Eduar Isael Ramirez Ricardo, Buena Park, CA, pro se.

District Counsel, Esq., Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Kurt B. Larson, Esq., Stacy S. Paddack, U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

MEMORANDUM **

Eduar Isael Ramirez Ricardo, a native and citizen of Guatemala, petitions pro se

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

for review of the Board of Immigration Appeals' ("BIA") denial of his motion to reopen. We deny the petition for review.

Ramirez Ricardo contends the BIA erred in denying his motion to reopen as numerically barred. Ramirez Ricardo, however, has not demonstrated that the BIA abused its discretion in denying his motion to reopen. *See Fernandez v. Gonzales,* 439 F.3d 592, 596–600 (9th Cir.2006).

**PETITION FOR REVIEW DENIED.**

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.